**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| **STATE OF DELAWARE** | **: ID #2108013977, 2105005834,** |
| | **: 2011000526, 2103010029** |
| **vs.** | **:** |
| | **:** |
| **IAN ALBURY** | **:** |
| | **:** |

**ORDER**
**Submitted: March 4, 2024**
**Decided: March 5, 2024**

Now this 5th day of March, 2024, upon consideration of Mr. Albury's Motion for Postconviction Relief it appears to the Court:

1) The Defendant filed the instant motion stemming from a violation of probation (VOP) hearing on April 21, 2023, at which time he was represented by the Office of the Public Defender.

2) The Delaware Supreme Court has explained that "[b]ecause there is no constitutional right to counsel at a VOP hearing… [a defendant's] purported ineffective assistance of counsel claim… must fail."[1]

3) Therefore, the Court must summarily **DISMISS** the Motion for Postconviction Relief.

**IT IS SO ORDERED.**

*/s/ Mark H. Conner*
Judge Mark H. Conner

oc:    Prothonotary
cc:    Stephen Smith, Esquire

---

[1] *Schoolfield v. State*, 73 A.3d 502 (Del. 2013).